BRUCE C. FUNK, ESQ.
California State Bar No. 122340
46 West Santa Clara Street
San Jose, California 95113
Telephone: (408) 280-6488
bcfunkesq@aol.com

CINDY A. DIAMOND (CA SBN: 124995)
ATTORNEY AT LAW
58 West Portal Avenue, # 350
San Francisco, CA 94127
Tel:  (415) 661-5297
FAX:  (415) 753-6146
Email: cindy@cadiamond.com

Attorneys for Defendant
ALFRED J. VILLALOBOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALFRED J. VILLALOBOS, and FREDERICO R. BUENROSTRO, JR.,<br><br>    Defendants. | No. CR 13-169 CRB<br><br>**NOTICE OF ASSOCIATION OF ADDITIONAL COUNSEL FOR DEFENDANT VILLALOBOS** |

NOTICE is hereby given that Attorney Cindy A. Diamond is associated in as additional counsel for defendant Alfred J. Villalobos in the above-entitled case.  Ms. Diamond's contact information appears in the caption, above.  Mr. Funk remains lead counsel for Mr. Villalobos.

DATED: May 27, 2014         Respectfully Submitted,

                    /s/
                    _____
                    CINDY A. DIAMOND
                    Attorney for Defendant
                    ALFRED J. VILLALOBOS