MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
PHILIP A. GUENTERT (CABN 147374)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5054/5079
    Fax: (408) 535-5066
    E-Mail: Timothy.Lucey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>ALFRED J. VILLALOBOS, *et al.*,<br>Defendants. | CASE NO. CR 13 - 0169 CRB<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING DEFENSE RE-TESTING OF CERTAIN EXHIBIT |

    By stipulation of the parties, and pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), the Court ORDERS as follows:

    The government shall allow the defense to have access to the below-listed exhibits:

| USAO Exhibit Number | USPIS Laboratory Number |
|---|---|
| 28 | 9-513-006447 |

as reported in the United States Postal Inspection Service (USPIS) Report, USPIS Case Number 1827924-MF, dated August 24, 2010 (Bates Nos. USPIS-00006 to USPIS-00008) and October 10, 2010 (Bates Nos. USPIS-00001 to USPIS-00005), in order conduct a forensic examination of those exhibits at

STIPULATION AND PROTECTIVE ORDER RE RE-TESTING OF CERTAIN EXHIBITS
CR 13-00169 CRB                             1

1 the offices of the experts designated by the defense[1];

2 IT IS FURTHER ORDERED that within five calendar days of the entry of this Order or as soon
3 as practicable thereafter a USPIS Postal Inspector shall hand deliver the exhibits to David S. Moore (the
4 "defense expert designed by Mr. Buenrostro," whom defense counsel for Mr. Buenrostro represents has
5 been retained by Mr. Buenrostro for this litigation);

6 IT IS FURTHER ORDERED that upon delivery of the materials to Mr. Moore, the defense
7 expert for Mr. Buenrostro, a USPIS Postal Inspector will remain present in the immediate area while the
8 defense expert conducts his forensic examination of the exhibits. Upon completion of the forensic
9 examination of the exhibits, the defense expert shall return the exhibits to the USPIS Postal Inspector in
10 attendance;

11 IT IS FURTHER ORDERED that within five calendar days of the return of the exhibits from
12 Mr. Moore to the USPIS, or as soon as practicable thereafter, a USPIS Postal Inspector shall hand
13 deliver the exhibits to Patricia Fisher (the "defense expert designed by Mr. Villalobos," whom defense
14 counsel for Mr. Villalobos represents has been retained by Mr. Villalobos for this litigation);

15 IT IS FURTHER ORDERED that upon delivery of the materials to Patricia Fisher, the defense
16 expert for Mr. Villalobos, a USPIS Postal Inspector will remain present in the immediate area while the
17 defense expert conducts her forensic examination of the exhibits. Upon completion of the forensic
18 examination of the exhibits, the defense expert shall return the exhibits to the USPIS Postal Inspector in
19 attendance;

20 IT IS FURTHER ORDERED, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(B), that
21 within ten calendar days of completing their respective analyses of the exhibits, each defense counsel
22 will provide the government a copy of the results or report resulting from that analysis, if that defendant
23 intends to use in his case-in-chief at trial or at sentencing the results, report, or any other evidence
24 pertaining to the analysis of his designated expert; and,

25 IT IS FURTHER ORDERED that the defense experts are to safeguard the exhibits, preserving
26 the chain of custody and authenticity of the documents in a manner faithfully to protect the integrity of

---

[1] The government reserves the right to challenge the admissibility of any evidence either or both defendants may seek to introduce at trial through, or pertaining to, either or both of these putative expert.

STIPULATION AND PROTECTIVE ORDER RE RE-TESTING OF CERTAIN EXHIBITS
CR 13-00169 CRB                                    2

1 | the exhibits;

2 | IT IS FURTHER ORDERED that the defendants hereby expressly stipulate and agree that any
3 | failure by their respective designated defense experts to follow the aforementioned procedures will
4 | render any form of evidence pertaining to the defense analysis of the exhibits and samples scientifically
5 | unreliable and inadmissible;

6 | IT IS FURTHER ORDERED that the defendants expressly stipulate and agree that both
7 | defendants waive any issue as to chain of custody and/or authenticity relating to the underlying exhibits
8 | as result of the testing contemplated by this stipulation and order and to be performed by either one of
9 | the designated defense experts, including any failure, willful or not, by either designated defense expert
10 | to maintain the proper chain-of-custody or damage or otherwise alter the exhibits. Both defendants
11 | expressly agree that neither defendant will make any objection to the admission of the exhibits
12 | themselves, or government evidence pertaining to or derived from those exhibits, based on the failure,
13 | willful or not, by either defendant or either designated defense expert, to maintain the proper chain-of-
14 | custody or damage or otherwise alter the exhibits.

Dated: June 18, 2014

MELINDA HAAG
United States Attorney

/s/
TIMOTHY J. LUCEY
PHILIP A. GUENTERT
Assistant United States Attorneys

Dated: June 18, 2014

/s/
BRUCE C. FUNK
Attorney for defendant
ALFRED J. VILLALOBOS

Dated: June 18, 2014

/s/
WILLIAM J. PORTANOVA
Attorney for defendant
FEDERICO BUENROSTRO
aka Fred Buenrostro

IT IS SO ORDERED that disclosure of the above-described materials shall be restricted as set forth above.

DATED: June 20, 2014

HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND PROTECTIVE ORDER RE RE-TESTING OF CERTAIN EXHIBITS
CR 13-00169 CRB                                3