| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**

Date:  June 30, 2014                         Time:  11 minutes

Reporter: Belle Ball

Case No:  CR-13-0169CRB                    DEFT:  **ALFRED VILLALOBOS**
                                                  **FEDERICO BUENROSTRO**
                                                          (X)Present

AUSA:  Timothy Lucey                        DEF ATTY:  Bruce Funk, William Portanova
USPO:
Interpreter:

**REASON FOR HEARING**  Status Conference

**RESULT**  Court vacates trial dates, sets date for change of plea as to F. Buenrostro, and

status conference as to A Villalobos, the Court grants A. Villalobos's appearance by telephone

at the next hearing.


Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**  July 11, 2014 @ 9:30 a.m.    **for** Status Conference

[] Defendant remanded to custody


**JUDGMENT**

Notes: