**FILED**

APR 25 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

for the

## Northern District of California

U.S.A. Vs. Federico Buenrostro          Docket No. 3:13-CR-0169-CRB-2

---

### Petition for Arrest Warrant for Defendant Under Pretrial Supervision

---

Name of Defendant: Federico Buenrostro

Name of Judicial Officer: The Honorable Nathanael Cousins, U.S. Magistrate Judge

Date of Release: 3/18/2013

Charged Offense: Conspiracy to Defraud the United States

Bond: $500,000 Unsecured

Special Conditions: The defendant's travel is restricted to the Northern and Eastern Districts of California; The defendant shall report to Pretrial Services as directed; The defendant shall surrender all passports and shall not apply for any passports or other travel documents; The defendant shall maintain current verifiable employment, or if unemployed, the defendant shall seek employment or commence an educational program as directed by Pretrial Services; The defendant shall have no contact with any co-defendant outside of the presence of counsel; The defendant shall not change residence without prior approval of Pretrial Services; The defendant shall participate in mental health counseling; The defendant shall abstain from alcohol and be subject to alcohol testing; and the defendant shall have no contact with Annelle Woodruff.

**Additional Information:**

On January 21, 2016, after the issuance of a restraining order was lodged against the defendant, this officer directed the defendant **not** to have any contact with Annelle Woodruff (protected person). It should be noted that on February 10, 2016, the Court modified the defendant's bond to include the condition <u>prohibiting the defendant from any contact with Annelle Woodruff.</u> On March 16, 2016, the defendant was convicted of misdemeanor Domestic Battery (victim: Annelle Woodruff) and the defendant is currently serving a 60 day home confinement sentence

NDC-PRET 02/03/14

**PETITION FOR ARREST WARRANT**
**RE: BUENROSTRO, Federico**　　　　　　**Docket No. 3:13-CR-0169-CRB-2**

with the County of Sacramento. In addition, the restraining order was to remain active by Ms. Woodruff.

## Petitioning the Court

For the issuance of a **no-bail warrant** for the defendant's arrest.

　　I, Brad Wilson, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**VIOLATION(S):**

1)　On April 23, 2016, the defendant was arrested by the Sacramento Police Department for the following charges California Penal Code, Section 1203.2- Probation Violation; California Penal Code, Sections 243/243(e)- Domestic Battery; and California Penal Code, Section 13700- Abuse. On April 25, 2016, this officer spoke with the arresting Sacramento Police Officer Chad Geer who advised that Mr. Buenrostro was arrested after the victim (Annelle Woodruff) stated that the defendant grabbed her.

The defendant's next court date is set for a sentencing hearing on May 18, 2016, before the Honorable Charles Breyer, U.S. District Judge.

**Address of Defendant:** As of the morning of April 25, 2016, the defendant remains in custody at the Sacramento County Main Jail located at 651 I Street in Sacramento, California (916-874-6752). Inmate # (I362104915).

Based on the foregoing, there is probable cause to believe that Federico Buenrostro violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no-bail warrant for his arrest.

**PETITION FOR ARREST WARRANT**
**RE: BUENROSTRO, Federico**                Docket No. 3:13-CR-0169-CRB-2

Respectfully submitted,

Brad Wilson
U.S. Pretrial Services Officer
Place: **San Francisco, California**
Date Signed: 4/25/2016

Approved by:

Rich Sarlatte, Supervisory
U.S. Pretrial Services Officer

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

☒   The issuance of a no-bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why bail should not be revoked.

☐   Other:

April, 25, 2016
**Date**

The Honorable
U.S. M

GRANTED
Judge Nathanael M. Cousins